| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bonapfel, Paul W. | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>5/4/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Room 1492 US Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty (See Part VIII) | Mercer University School of Law |
| 2. | Executor for Estate | Estate No. 1 (See VIII) |
| 3. | Trustee for Beneficiary Under Will | Trust No. 1 (See VIII) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Thomson/Reuters, f/k/a West Services, Inc. (Publisher) and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (Authors) (See Part VIII) |
| 2. | 2009 | Mercer University School of Law (See Part VIII) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Thomson/Reuters (f/k/a West Services) book royalties | $4,591.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed Math Tutoring |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 25-30, 2016 | San Francisco, CA | Attend CLE Program & Judges' Conference and chair of program committee | Complimentary lodging for program committee chair and air and ground travel |
| 2. | Middle District of Georgia Bankruptcy Law Institute | September 8 - 9, 2016 | Macon, GA | Faculty for CLE Program | Reimbursement of lodging, waiver of registration fee including lunch & dinner |
| 3. | Mercer University School of Law | January - May 2016 | Macon, GA | Adjunct Faculty | Reimbursement of mileage and expenses for meals with guest faculty, other faculty, and staff |
| 4. | American College of Bankruptcy | Mar 18-19, 2016 | Washington, D.C. | Attend induction ceremony and CLE Program | Reimbursement for travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | University of Miami School of Law | February 26-28, 2016 | Miami, FL | Participate as judge for moot court program | Reimbursement for lodging and waiver of fees |
| 6. | Tennessee Bar Association | April 29-May 1, 2016 | Gatlinburg, TN | Faculty for CLE Program | Reimbursement for travel, lodging, and meals |
| 7. | Coastal Bankruptcy Law Institute | April 21-22, 2016 | Savannah, GA | Faculty for CLE Program | Reimbursement for lodging, complimentary dinner; registration fee waived |
| 8. | National Association of Ch. 13 Trustees | July 20-24, 2016 | Philadelphia, PA | Faculty for CLE Program | Reimbursement for lodging, travel, meals; registration fee waived |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Motorola Solutions, Inc. | A | Dividend | K | T | | | | | |
| 2. Cisco Systems Common | A | Dividend | K | T | | | | | |
| 3. Touchmark Bancshares, Inc. Common | | None | J | W | | | | | |
| 4. Landmark Bancshares Common (See Part VIII) | A | Dividend | K | W | | | | | |
| 5. Wells Fargo Bank - Bank - Accounts | A | Interest | K | T | | | | | |
| 6. US Savings Bonds | | None | L | T | | | | | |
| 7. Assoc. Cred. Union - Accounts and Time Deposits | A | Interest | K | T | | | | | |
| 8. Atlanta Investment Partners (See VIII) | A | Dividend | | | Closed | 11/30/16 | J | A | Public |
| 9. Mass. Mutual Whole Life | B | Dividend | K | T | | | | | |
| 10. IRA Account 2 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 11. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 12. - Arrow DWA Tactical A Mutual Fund (DWTXF) | A | Dividend | K | T | | | | | |
| 13. Chevron Corp Common | C | Dividend | M | T | | | | | |
| 14. Fulton Co. Ga Dev Auth Rev Fulton Cnty GA (MB-18) | A | Interest | K | T | | | | | |
| 15. Newnan Ga Wtr Sew & Lt Ser A (MB 16) | A | Interest | | | Redeemed | 01/04/16 | K | | Public |
| 16. Monroe Ga (MB 17) | A | Interest | K | T | | | | | |
| 17. Decatur Ga Genl Oblig (MB 16) (9DW2) | A | Interest | | | Redeemed | 01/04/16 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GaSt Rd &Tollway Auth Fed Hwy Grant Antic Rev A (MB16)(MCG4) | B | Interest | | | Redeemed | 06/01/16 | L | | Public |
| 19. Berrien Cnty Ga Sch Dis OID (MB 17) (2AU1) | A | Interest | K | T | | | | | |
| 20. Cobb County Wtr & Sewer Impt Rev (MB 17) (8VWO) | B | Interest | K | T | | | | | |
| 21. Dahlonega Ga Dwntwn RV CTFG (MB 17) | A | Interest | K | T | | | | | |
| 22. Gwinnett Cnty Ga Sch Dist Ref (MB 18) (5A50) | A | Interest | K | T | | | | | |
| 23. Clayton Cnty & Clayton Cnty Ga Wtr Auth (MB 18) (6XJ4) | B | Interest | L | T | | | | | |
| 24. Georgia St Genl Oblig Ref-I (MB 18) (4PJ9) | A | Interest | J | T | | | | | |
| 25. Georgia St (MB 19) (4XE1) | B | Interest | K | T | | | | | |
| 26. Columbia Cnty Ga Genl Oblig Ser-D (MB 19) (0EM6) | A | Interest | K | T | | | | | |
| 27. Georgia St Genl Oblig Ser-D (MB 19) (4LBO) | A | Interest | K | T | | | | | |
| 28. Lee County GA Sch Dist - B (MB 18) (2BZ9) | A | Interest | K | T | | | | | |
| 29. Ga St Rd & Tlwy (MB 19) (MCL3) | B | Interest | K | T | | | | | |
| 30. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 19) | D | Interest | M | T | | | | | |
| 31. Gwinnett Cnty Sch Dist Ref (MB 20) (5A84) | A | Interest | J | T | | | | | |
| 32. Clayton Cnty & Clayton Cnty Wtr Auth Wtr & Swr Rev Ref-A (MB 20) (6YN4 | B | Interest | L | T | | | | | |
| 33. Decatur Co Sch Bldg Auth (MB 20) | C | Interest | M | T | | | | | |
| 34. Georgia St Genl Oblig Ref Ser-I (MB 21) (4PP5) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metro Atlanta Rapid Tran Auth Ga Sales Tax Rev Ref (MB 21) (5A95) | B | Interest | K | T | | | | | |
| 36. Gwinnett Cnty Ga Wtr & Sew Auth Rev Ser-A (MB 21) (OGW5) | A | Interest | K | T | | | | | |
| 37. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 21) | D | Interest | M | T | | | | | |
| 38. Georgia St Genl Oblig Ref E-2 (MB 21) (4VTO) | B | Interest | L | T | | | | | |
| 39. Fayette Cnty Ga Pub Facs Au Rev Ref Crim Justice Ctr PJ (MB 22) (4CJ5) | B | Interest | K | T | | | | | |
| 40. Gwinnett Cnty Ga Dev Auth Rev Arena Prkg (MB22) (0BL8) | C | Interest | M | T | | | | | |
| 41. Georgia St (MB 22) (4ZX7) | A | Interest | K | T | Buy | 03/14/16 | K | | Public |
| 42. Georgia St Genl Oblig Ref Ser-J-2 (MB 22) (4WW2) | A | Interest | K | T | | | | | |
| 43. Atlanta & Fulton Cnty Rec Auth (MB22) (1LB5) | C | Interest | M | T | | | | | |
| 44. Morgan Stanley Bank - Accounts | A | Interest | K | T | | | | | |
| 45. GA Rd Reimbursement (MB 19) (6BG6) | B | Interest | K | T | | | | | |
| 46. Gulf Co Fl Gas Tax RV (MB 17) | B | Interest | | | Redeemed | 10/03/16 | K | | Public |
| 47. Sumter Cnty Ga Sch Dist (MB 17) | B | Interest | K | T | | | | | |
| 48. Metro Atl. Rap. Tran Au (MB 20) (5A46) | B | Interest | K | T | | | | | |
| 49. Walton Cnty Ga Sch Dist Ref (MB 20) (OBY6) | A | Interest | K | T | | | | | |
| 50. Gwinnett County Ga School Dist Ref (MB-23) (5B42) | B | Interest | K | T | | | | | |
| 51. Habersham Cnty Ga Sch Dist (MB 23) (6DH2) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GA St. Genl OBLIG Ser B (MB 23) (3W61) | A | Interest | | | Redeemed | 03/01/16 | K | | Public |
| 53. Cobb Co. Ga Wtr & Sew Rev (MB 23) (8WC3) | A | Interest | J | T | | | | | |
| 54. Georgia St (MB 23) (43Q7) | A | Interest | L | T | Buy | 07/14/16 | K | | Public |
| 55. Cherokee Cnty Ga Wtr Sew Auth Rfgd Impt OID (MB 23) (3HS9) | B | Interest | K | T | | | | | |
| 56. Georgia St. Genl Oblig Ref-C (MB 23) (4YB6) | A | Interest | K | T | Buy | 03/09/16 | K | | Public |
| 57. Forsyth Co. Ga Genl OBLIG-A (MB 24) (3DW3) | B | Interest | L | T | | | | | |
| 58. Ga St Genl OBLIG- Ser B (MB 25) (4JP2) | B | Interest | L | T | | | | | |
| 59. Fayette Cnty Ga Pub Facs Auth Rev (MB 18) (4CE6) | A | Interest | K | T | | | | | |
| 60. Main St Nat Ga Proj Ser A (MB 18)(YBBO) | B | Interest | L | T | | | | | |
| 61. Ga St. Rd & Tlwy Fd. Hwy Grant (MB 18) (7AP5) | B | Interest | L | T | | | | | |
| 62. Gwinnett County GA Dev Auth. (MB 20) (0BJ3) | B | Interest | K | T | | | | | |
| 63. Paulding Cnty Ga Sch Dist Ref (MB 21) (OFG6) | A | Interest | J | T | | | | | |
| 64. Gainesville & Hall Cnty Ga Hosp Auth Re OID (MB 21) (2KU9) | A | Interest | K | T | | | | | |
| 65. Georgia St. Hsg & Fin Auth Rev Single Fam Mtg-C (MB 21) (9C78) | A | Interest | J | T | | | | | |
| 66. Cobb Cnty Ga Wtr & Sew Rev (MB 18) (8VX8) | B | Interest | L | T | | | | | |
| 67. Gwinnett Cnty Ga Wtr & Sew Auth Rev (MB 18) (0JL6) | A | Interest | K | T | | | | | |
| 68. Forsyth Cnty G OID Genl Oblig A (MB 19) (3DM5) (See VIII) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ga St Genl Oblig Ref (MB 20) (4PN0) | B | Interest | K | T | | | | | |
| 70. Georgia St Genl Oblig-E (MB 22) (4QU3) | A | Interest | K | T | | | | | |
| 71. Mun. Elec. Auth Ga. Comb Cycle Proj. Rev Ser. A (MB 23) (7ZM9) | B | Interest | L | T | | | | | |
| 72. Gwinnett Co Ga Dev Auth Rev Arena Prk Deck Prj (MB 23)(0BM6) | A | Interest | K | T | | | | | |
| 73. Columbus Ga Bldg Auth Lease Rev Ref-A (MB 24) (2KA0) | A | Interest | K | T | | | | | |
| 74. Downtown Savannah Ga Savannah Projs Rev Ref (MB 24) (2MW7) | B | Interest | L | T | | | | | |
| 75. Georgia St Genl Oblig Ref-C (MB 23) (4ZY5) | B | Interest | L | T | | | | | |
| 76. Atl Arpt Gen Rev Ref Ser. C (MB 24) (MMUO) | B | Interest | K | T | | | | | |
| 77. Fulton County Ga Dev Auth Rev (MB 24) (0M20) | B | Interest | K | T | | | | | |
| 78. Atlanta Ga Wtr & Wastewtr Rev Ref-B (MB 24) (0LW8) | B | Interest | K | T | | | | | |
| 79. Atlanta Ga Pub Safety & Judicial Facs Au (MB 24) (TBE8) | A | Interest | K | T | Buy | 10/17/16 | K | | Public |
| 80. Atlanta Ga Arpt Rev (MB 25) (MQP7) | A | Interest | K | T | Buy | 01/22/16 | K | | Public |
| 81. Gwinnett Cnty Dev Auth Ctfs Partn (MB25) (5CM5) | B | Interest | L | T | | | | | |
| 82. Oconee Cnty Ga Genl Oblig Ref Ser-A (MB25) (MBW7) | A | Interest | J | T | Buy | 01/22/16 | J | | Public |
| 83. Georgia St Genl Oblig Ser-D (MB 25) (4F50) | B | Interest | L | T | | | | | |
| 84. Gwinnett Cnty Ga Sch Dist (MB 25) (5B67) | B | Interest | K | T | | | | | |
| 85. Downtown Savannah Auth Ga Imptgenl Oblig Rev Ref (MB 28) (2NA4) | B | Interest | K | T | Buy | 01/22/16 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Georgia St. Gen. Oblig Ser-A (MB 31) (4YW0) | | None | K | T | Buy | 07/14/16 | K | | Public |
| 87. Morgan Stanley Bank - Accounts (Jnt) | A | Interest | J | T | | | | | |
| 88. Gwinnett County Sch Dist (MB 23) (55P47) | A | Interest | J | T | | | | | |
| 89. Carroll Cnty School Dist (MB 23) (83CM7) | B | Interest | K | T | | | | | |
| 90. Gwinnett Cnty Dev Auth Ctfs Partn (MB 24) (15CL7) | C | Interest | M | T | | | | | |
| 91. IRA Account 1 (Morgan Stanley, Custodian) (H) | | | | | | | | | |
| 92. -Morgan Stanley Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | M | T | | | | | |
| 93. -Morgan Stanley Private Bank (IRA Acct) (Cash Equivalent) (See VIII) | A | Interest | J | T | | | | | |
| 94. –Guggenheim S & P 500 Equ Weight (RSP) | B | Dividend | M | T | Buy | 11/08/16 | L | | Public |
| 95. | | | | | Buy | 09/02/16 | K | | Public |
| 96. | | | | | Sold (part) | 02/10/16 | K | D | Public |
| 97. | | | | | Sold (part) | 03/09/16 | K | D | Public |
| 98. – IShares US HealthCare Prov ETF (IHF) | A | Dividend | | | Sold (part) | 03/17/16 | K | D | Public |
| 99. | | | | | Sold | 09/01/16 | L | E | Public |
| 100. –IShares US Pharmaceuticals ETF (IHE) | | None | | | Sold | 02/26/16 | K | D | Public |
| 101. | | | | | Sold | 03/11/16 | L | E | Public |
| 102. – IShares US Consumer Ser ETF (IYC) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  – IShares S & P Midcap 400 Index (IJH) (Y) (See VIII) | | | | | | | | | |
| 104.  – IShares North American Tech Soft (IGV) | A | Dividend | L | T | Buy | 10/26/16 | L | | Public |
| 105.  – IShares North American Tech Sector (IGM) | A | Dividend | L | T | Buy | 11/10/16 | L | | Public |
| 106.  – IShares NASDAQ Biotech ETF (IBB) | | None | | | Sold | 02/03/16 | L | | Public |
| 107.  – IShares SP Smallcap 600 Index (IJR) | A | Dividend | L | T | Sold (part) | 01/19/16 | L | | Public |
| 108. | | | | | Sold (part) | 02/09/16 | J | A | Public |
| 109. | | | | | Sold | 03/06/16 | L | D | Public |
| 110. | | | | | Buy | 11/10/16 | L | | |
| 111.  – IShares US Healthcare ETF (IYH) | A | Dividend | | | Sold (part) | 02/26/16 | K | D | Public |
| 112. | | | | | Sold | 03/18/16 | L | D | Public |
| 113.  – IShares US Aerospace & Def ETF (ITA) | A | Dividend | L | T | Sold (part) | 12/02/16 | L | E | Public |
| 114.  – IShares US Fin Services ETF (IYG) | | None | | | Sold | 01/26/16 | J | B | Public |
| 115.  – IShares Phlx Semiconductor (SOXX) | A | Dividend | L | T | Buy | 10/06/16 | K | | Public |
| 116. | | | | | Buy | 10/10/16 | K | | Public |
| 117.  – IShares US Broker-Dealer ETF (IAI) | | None | | | Sold | 01/28/16 | K | | Public |
| 118.  – IShares S&P Midcap 400 Index (IJH) (See VIII) | A | Dividend | L | T | Sold (part) | 01/19/16 | L | | Public |
| 119. | | | | | Sold | 01/21/16 | L | D | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 11/28/16 | L | | Public |
| 121.   – IShares US Home Construct (ITB) | | None | | | Sold | 01/29/16 | K | | Public |
| 122.   Powershares QQQ Tr (QQQ) | A | Dividend | L | T | Sold (part) | 05/06/16 | K | | Public |
| 123. | | | | | Sold | 05/16/16 | K | | Public |
| 124. | | | | | Buy | 12/06/16 | L | | Public |
| 125.   Alerian MLP ETF (AMLP) | B | Dividend | L | T | Buy | 06/30/16 | L | | Public |
| 126.   IShares N Amer Nat Res ETC (IGE) | A | Dividend | L | T | Buy | 06/24/16 | L | | Public |
| 127.   IShares S&P 500 Grwth ETF (IVW) | A | Dividend | L | T | Buy | 11/16/16 | L | | Public |
| 128.   IShares S&P 500 VAL ETF (IVE) | A | Dividend | L | T | Buy | 11/15/16 | L | | Public |
| 129.   PWR SH DB US $ Ind Bull Fd ETF (UUP) | | None | L | T | Buy | 11/01/16 | L | | Public |
| 130.   Proshares TR II Vix Mid-Trm FT (VIXM) | | None | | | Buy | 01/26/16 | J | | Public |
| 131. | | | | | Buy | 01/29/16 | K | | Public |
| 132. | | | | | Buy | 02/16/16 | J | | Public |
| 133. | | | | | Buy | 02/25/16 | J | | Public |
| 134. | | | | | Buy | 03/17/16 | K | | Public |
| 135. | | | | | Buy | 07/18/16 | J | | Public |
| 136. | | | | | Sold (part) | 11/09/16 | K | | Public |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 5/4/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 11/10/16 | K | | Public |
| 138.  IShares U.S. Utilities ETF (IDU) | B | Dividend | | | Buy | 02/04/16 | L | | Public |
| 139. | | | | | Buy | 08/30/16 | K | | Public |
| 140. | | | | | Sold | 11/25/16 | L | | Public |
| 141.  Apartment, New York, NY (See VIII) | | None | M | W | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

Name of Person Reporting

Bonapfel, Paul W.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Mercer University School of Law; Teacher for course in bankruptcy law, beginning January 2016, ending May 2016. Also adjunct faculty for 2010-2015, and 2017.

2 and 3. Decedent died 12/25/14. Letters testamentary issued 1/29/15. Decedent's will appointed filer as Trustee under Testamentary Trust Under Will. Neither filer, filer's spouse, nor any dependent child is beneficiary of estate or of testamentary trust. Filer, therefore, is not required to provide information about assets or income of the estate or trust. Assets were shown on 2014 Report as assets of Decedent's estate, Estate No. 1. The identified Assets of Estate No. 1 were sold in 2015 and substantially distributed to beneficiaries. One beneficiary is a testamentary trust, Trust No. 1. None of Filer, Filer's spouse, or any dependent child of Filer or spouse, (1) has any interest in principal or income of Estate No. 1 or Trust No. 1; (2) receives any income from the Estate or Trust; and (3) has any beneficial interest in the Estate or Trust. Filer, therefore, is not required to report with regard to disposition of these assets or assets or income of Estate or Trust. Lines 121 through 128 of 2015 Report listed Estate No. 1 and its assets, and Part VIII explained that Filer is not required to report with regard to these matters. For this reason, they are omitted from this Report.

II. Agreements

1. Agreement between West Services, Inc. (now known as Thomson/Reuters) (Publisher), and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (collectively, Authors), for Authors to prepare book on chapter 13 bankruptcy law for publication by publisher (Title: Chapter 13 Practice and Procedure.) Royalties to be divided between Filer and Goodman. Various parties signed the agreement 1/8/08, 1/9/08, 1/10/08, and 2/19/08.

2. Mercer University School of Law. Agreements to teach course on Consumer Bankruptcy Practice as adjunct faculty for Spring Semester (Jan. - May) for each of years 2010 through 2017. No compensation; expenses to be reimbursed.

VII. Investments and Trusts

General Note: In the parentheses following some assets, "MB" indicates that the asset is a municipal bond and the two digit number refers to its maturity date. For some assets, a parenthetical also contains a reference to last four or five digits of CUSIP number.

Line 8 - ▓▓▓▓ was member of investment club that liquidated holdings in public markets, distributed proceeds, and dissolved.

Line 68 - Typographical error corrected in parenthetical.

Lines 92 and 93 - Morgan Stanley Bank and Morgan Stanley Private Bank - IRA Account - IRA Custodian utilizes these accounts at its discretion to hold cash reserves in IRA account, to receive interest, dividends, or proceeds from sales of assets, to pay required fees, and to purchase investments. Account occasionally has zero balance. Funds in Morgan Stanley Private Bank transferred to Morgan Stanley Bank during reporting period, with zero balance at end of period in Morgan Stanley Private Bank. Morgan Stanley Private Bank listed for convenience of filer and for continuity.

Lines 103, 118 - Report for 2015 inadvertently listed the asset twice, at lines 100 and 115. Transactions and information for end of current period shown on Line 118.

Line 141 - Filer acquired 1/2 ownership interest in residential cooperative unit in 2006 for personal use of owners. Cost for 1/2 interest was $168,500. Co-owner is family member other than spouse or dependent child. See Line 52 and note, Financial Disclosure for 2006.

Filer removed this asset from reporting on Financial Disclosure for 2007 (Line 52) based on personal use of unit as a residence by co-owner. Co-owner is responsible for all expenses of property and does not pay anything to filer for occupancy. Filer has received no income from unit in any year.

For 2014 to present, co-owner leased the unit to a third party. Filer is not a party to the lease agreement. Co-owner is entitled to all income from the unit and is responsible for all expenses.

Because co-owner no longer uses unit as personal residence, Filer is listing the asset because it may now be considered an "investment."

Note: Lines 121 through 128 of 2015 Report listed Estate No. 1 and its assets, and Part VIII explained that Filer is not required to report with regard to these matters. For this reason, they are omitted from this Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Bonapfel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544